**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VILLICANA,<br><br>              Plaintiff,<br><br>    vs.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>              Defendants. | CASE NO. SA CV 09-00614 SVW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

        The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.  The Court accepts the Report and adopts its findings and recommendations.

DATED:  September 7, 2010

                                                    STEPHEN V. WILSON<br>                                       UNITED STATES DISTRICT JUDGE