O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR VILLICANA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ORANGE COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>　　　　　　　Defendants. | CASE NO. SA CV 09-00614 SVW (RZ)<br><br>JUDGMENT |

　　　　Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: September 7, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE